UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIMBERLY KLEIN,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 3:12-cv-05138-RBL-KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed the report and recommendation, plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1)     the Magistrate Judge's report and recommendation is approved and adopted;

(2)     plaintiff's application to proceed *in forma pauperis* is DENIED;

(3)     the Clerk is directed to send copies of this Order to petitioner and any other party that has appeared in this action.

DATED this 11th day of April, 2012.

                                                   RONALD B. LEIGHTON
                                                   UNITED STATES DISTRICT JUDGE

ORDER - 1