1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIMBERLY J. KLEIN,

                              Plaintiff,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                              Defendant.

Case No. 12-5138 RBL-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      This matter comes before the court on the Report and Recommendation of Magistrate

Judge Karen L. Strombom [ECF #20] recommending that this case be remanded, based on the

stipulation of the parties [ECF #19].  It is therefore ORDERED

      (1)  The Court ADOPTS the Report and Recommendation;

      (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

      (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

      DATED this 11th day of September, 2011.

                                                    _____
                                                    Ronald B. Leighton
                                                    United States District Judge

.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1