UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLY J. KLEIN,<br><br>                    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. 12-5138 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #20] recommending that this case be remanded, based on the stipulation of the parties [ECF #19].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)  The Court REVERSES and REMANDS for further administrative proceedings; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 11th day of September, 2011.

Ronald B. Leighton
United States District Judge

.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1