IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KIMBERLY J. KLEIN, | Civil No. 3:12-CV-5138-RBL |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $5,324.98, and expenses in the amount of $19.20, for a total of $5,344.18, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA). Plaintiff shall be awarded costs in the amount of $350.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Christopher H. Dellert, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The checks for EAJA fees and costs shall be mailed to Plaintiff's counsel, Christopher H. Dellert, at Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA, 98383.

Dated this 27th day of September, 2012.

Ronald B. Leighton
United States District Judge

Page 1   ORDER [3:12-CV-5138-RBL]

Presented by:

Christopher H. Dellert
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA, 98383
Telephone: (360) 329-6968
FAX: (360) 329-6968
Dellert.Law.Office@gmail.com
Attorney for Plaintiff